| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: __Eastern District of North Carolina__ |
| Case number (if known): _____   Chapter __11__ |

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Piedmont Dragway of NC LLC | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | Ronald E. Senecal - Number 11, LLC <br> WFO Racing, LLC | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 6 1 – 1 6 6 2 3 9 4 | |
| **4. Debtor's address** | **Principal place of business** <br><br> 6750 Holts Store Rd. <br> Number   Street <br><br> Julian, NC 27283 <br> City   State   ZIP Code <br><br> Guilford <br> County | **Mailing address, if different from principal place of business** <br><br> Number   Street <br><br> P.O. Box <br><br> City   State   ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number   Street <br><br> City   State   ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor    Piedmont Dragway of NC LLC_____    Case number *(if known)*_____
       Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. **Check all** *that apply:*<br>   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                                         MM / DD / YYYY<br>       District _____  When _____  Case number _____<br>                                         MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☑ Yes.  Debtor  Roland E. Senecal _____  Relationship  Owner _____<br>       District  Eastern District of North Carolina _____  When  2/15/2023 _____<br>                                                                                        MM / DD / YYYY<br>       Case number, if known  23-00419 _____ |

Debtor    __Piedmont Dragway of NC LLC__                                           Case number *(if known)* _____
          Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number      Street

_____
City                                   State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
            Contact name _____
            Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000
☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000    ☑ $1,000,001-$10 million    ☐ $500,000,001-$1 billion
☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor      Piedmont Dragway of NC LLC                                    Case number *(if known)* _____
            Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/15/2023
              MM/ DD/ YYYY

X  /s/ Ron Senecal                                            Ron Senecal
Signature of authorized representative of debtor              Printed name

Title _____ Member Manager _____

**18. Signature of attorney**

X           /s/ William P. Janvier                    Date  02/15/2023
Signature of attorney for debtor                            MM/ DD/ YYYY

William P. Janvier
Printed name

Stevens Martin Vaughn & Tadych, PLLC
Firm name

6300 Creedmoor Road Suite 170-370
Number       Street

Raleigh                                          NC              27612
City                                             State           ZIP Code

(919) 582-2300                                   wjanvier@smvt.com
Contact phone                                    Email address

21136                                            NC
Bar number                                       State

Fill in this information to identify the case:

Debtor name: Piedmont Dragway of NC LLC

United States Bankruptcy Court for the: Eastern District of North Carolina

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/15/2023
             MM / DD / YYYY

X  /s/ Ron Senecal
Signature of individual signing on behalf of debtor

Ron Senecal
Printed name

Member Manager
Position or relationship to debtor

Official Form B202    Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name: Piedmont Dragway of NC LLC

United States Bankruptcy Court for the: Eastern District of North Carolina

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Alsco<br>Attn: Managing Agent<br>505 E. 200 South<br>Durham, NC 84102-1004 | | | | | | $1,269.03 |
| 2 | Amguard Insurance Company<br>Attn: Managing Agent<br>44 R West Market Street<br>Mountain Top, PA 18707 | | | | | | $15,513.00 |
| 3 | Berkshire Hathaway<br>Attn: Managing Agent<br>1314 Douglas Street Ste.<br>Omaha, NE 68102 | | | | | | $20,684.00 |
| 4 | BMI<br>Attn: Managing Agent<br>118 SW Hwy 60<br>Billings, MO 65610 | | | | | | $4,191.36 |
| 5 | Compulink<br>Attn: Managing Agent<br>PO Box 437<br>Silverthorne, CO 80498 | | | | | | $830.82 |
| 6 | Domain Networks<br>Attn: Managing Agent<br>PO Box 1280<br>Hendersonville, NC 28793 | | | | | | $289.00 |
| 7 | PTAR<br>Attn: Managing Agent<br>PO Box 534<br>High Point, NC 27261 | | | | | | $3,600.00 |
| 8 | Republic Services<br>Attn: Managing Agent<br>2875 Lowery St.<br>Winston Salem, NC 27101 | | | | | | $1,086.07 |

Debtor    Piedmont Dragway of NC LLC    Case number *(if known)* _____
          Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Safehold Special Risk<br>Attn: Managing Agent<br>100 Glen Eagles Court<br>Carrollton, GA 30117 | | | | | | $7,775.00 |
| 10 | Sherwin-Williams<br>Attn: Managing Agent<br>3246 S. Church St.<br>Burlington, NC 27215 | | | | | | $1,185.99 |
| 11 | SYSCO-330<br>Attn: Managing Agent<br>PO Box 96<br>Concord, NC 28027 | | | | | | $950.62 |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of North Carolina

**In re**  Piedmont Dragway of NC LLC

Case No. _____

**Debtor**

Chapter ____11____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................................... $5,000.00

   Prior to the filing of this statement I have received .................................................................... $5,000.00

   Balance Due ................................................................................................................................. $0.00

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 02/15/2023 | /s/ William P. Janvier |
|---|---|
| *Date* | William P. Janvier |
| | *Signature of Attorney* |
| | Bar Number: 21136 |
| | Stevens Martin Vaughn & Tadych, PLLC |
| | 6300 Creedmoor Road Suite 170-370 |
| | Raleigh, NC 27612 |
| | Phone: (919) 794-8082 |
| | |
| | Stevens Martin Vaughn & Tadych, PLLC |
| | *Name of law firm* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE: **Piedmont Dragway of NC LLC**　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ____02/15/2023_____    Signature _____/s/ Ron Senecal_____
　　　　　　　　　　　　　　　　　　　　　　Ron Senecal, Member Manager

Alsco
Attn: Managing Agent
505 E. 200 South
Durham, NC 84102-1004

Amguard Insurance Company
Attn: Managing Agent
44 R West Market Street
Mountain Top, PA 18707

Bank of North Carolina
Attn: Managing Agent
3239 S. Church St.
Burlington, NC 27215

Berkshire Hathaway
Attn: Managing Agent
1314 Douglas Street Ste.
Omaha, NE 68102

BMI
Attn: Managing Agent
118 SW Hwy 60
Billings, MO 65610

Compulink
Attn: Managing Agent
PO Box 437
Silverthorne, CO 80498

Corporate Service Company
Attn: Managing Agent
801 Adlai Stevenson Dr.
Springfield, IL 62703

CT Corporation System, as Rep
Attn: SPRS/MangingAgent
330 N. Brand Blvd Ste 700
Glendale, CA 91203

Domain Networks  
Attn: Managing Agent  
PO Box 1280  
Hendersonville, NC 28793

Guilford County Tax Office  
Attn: Managing Agent  
400 W. Market St  
Greensboro, NC 27402

Internal Revenue Service  
Attn: Managing Agent  
PO Box Box 7346  
Philadelphia, PA 19101-7346

Isaacson Sheridan  
Attn: Jennifer N. Fountain  
804 Green Valley Rd. Ste. 200  
Greensboro, NC 27408

Jim Turner  
c/o Isaacson Sheridan  
804 Green Valley Rd. Ste. 200  
Greensboro, NC 27408

Lien Solutions  
Attn: Managing Agent  
PO Box 29071  
Glendale, CA 91209-9071

NC Dept. of Revenue  
Attn: Managing Agent  
PO Box 1168  
Raleigh, NC 27602-1168

Nexsen Pruet, LLC  
Attn: Ann M. Cantrell  
701 Green Valley Rd. Ste. 100  
Greensboro, NC 27408

Pinnacle Bank
Attn: Managing Agent
150 3rd Avenue South
Nashville, TN 37201

Pinnacle Bank
Attn: Managing Agent
150 3rd Ave South
Nashville, TN 37201

PTAR
Attn: Managing Agent
PO Box 534
High Point, NC 27261

Republic Services
Attn: Managing Agent
2875 Lowery St.
Winston Salem, NC 27101

Safehold Special Risk
Attn: Managing Agent
100 Glen Eagles Court
Carrollton, GA 30117

Senecal Construction Co., Inc.
4435 Fern Glen Dr. Suite B
Burlington, NC 27215

Roland E. Senecal, Jr
4435 Fern Glen Dr.
Burlington, NC 27215

Sherwin-Williams
Attn: Managing Agent
3246 S. Church St.
Burlington, NC 27215

SYSCO-330  
Attn: Managing Agent  
PO Box 96  
Concord, NC 28027

US Attorney's Office (ED)  
Attn: Managing Agent  
150 Fayetteville St. Ste. 2100  
Raleigh, NC 27601

US Small Business Administration  
Attn: Managing Agent  
2 North Street Ste. 320  
Birmingham, AL 35203

Womble Bond Dickinson (US) LLP  
Attn: Charlie Livermon  
555 Fayetteville St. Ste. 1100  
Raleigh, NC 27601

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re    **Piedmont Dragway of NC LLC**                                                    Case No.

                                                     Debtor(s)                              Chapter          **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Piedmont Dragway of NC LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**02/15/2023**                                     /s/ William P. Janvier
Date                                                **William P. Janvier**
                                                    Signature of Attorney or Litigant
                                                    Counsel for    **Piedmont Dragway of NC LLC**
                                                    **Bar Number: 21136**
                                                    **Stevens Martin Vaughn & Tadych, PLLC**
                                                    **6300 Creedmoor Road Suite 170-370**
                                                    **Raleigh, NC 27612**
                                                    **Phone: (919) 794-8082**
                                                    **Email: wjanvier@smvt.com**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

**In re: Debtor(s)**
Piedmont Dragway of NC LLC

Case No.

Chapter 11

Debtor(s)

## DEBTOR'S ELECTRONIC NOTICING REQUEST (DEBN)

**CHECK ONLY ONE BOX FOR THE APPLICABLE SECTION BELOW:**

☑ **Initial Request:** (Check this box to begin receiving notices and orders from the U.S. Bankruptcy Court via email.)

Pursuant to Bankruptcy Rule 9036, I hereby request receipt of court notices and orders via email, instead of U.S. mail, from the Bankruptcy Noticing Center (BNC) through the U.S. Bankruptcy Court's Debtor Electronic Bankruptcy Noticing (DeBN) program.

I understand that this request is limited to receipt of only notices and orders filed by the U.S. Bankruptcy Court. I will continue to receive documents filed by all other parties, such as the trustee and creditors, via U.S. mail or in person pursuant to court rules.

I understand that I will receive electronic notice of any documents entered by the court in any current or future bankruptcy or adversary case from any bankruptcy court district in which I am listed with the same name and address, including cases where I am listed as a creditor.

I understand that the first time the BNC receives an email bounce-back (undeliverable email), my DeBN account will be automatically disabled. I will then receive notices and orders via U.S. mail, and I must file an updated request form if I wish to reactivate my account.

I understand that enrollment in DeBN is completely voluntary, and I may file a request to deactivate my account at any time.

❏ **Decline Request:** (Check this box to decline receiving notices and orders from the U.S. Bankruptcy Court via email.)

❏ **Update to Account Information:** (Check this box to make changes to your existing DeBN account.)

I request the following updates(s) to my DeBN account:

❏ I have a new email address as indicated below.

❏ I filed a new bankruptcy case, and I have an existing DeBN account. Please review my account to ensure my name and address in my account match this new case.

❏ I request reactivation of my DeBN account so that I may receive court notices and orderes via email, instead of U.S mail.

❏ **Request To Deactivate Electronic Noticing:** (Check this box to request deactivation of your DeBN account.)

I request deactivation of my DeBN account. I understand that by deactivating my account, I will begin receiving notices and orders entered by the U.S. Bankruptcy Court via U.S. mail, instead of email.

I understand that I will continue to reveive electronic notices until such time as the Court has deactivated my account.

I am a debtor in this bankruptcy case, or the debtor's authorized representative if the debtor is a business, and I have read the applicable section check-marked above and understand and agree to the terms and conditions set forth therein. Neither the U.S. Bankruptcy Court nor the BNC bears any liability for errors resulting from the information I have submitted on this form. If I already have a different electronic noticing account, you may deactivate that account and create this DeBN account.

**Joint debtors who each request enrollment or already have a DeBN account must file separate forms.**

/s/ Piedmont Dragway of NC LLC                    Date: 02/15/2023
Piedmont Dragway of NC LLC

Printed Name (and title if not the debtor): **Piedmont Dragway of NC LLC**

Email Address (type or print clearly):        **amy@senecalconstructionco.com**