**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:                                                          CHAPTER 11

**Piedmont Dragway of NC LLC,**                    **CASE NO. 23-00422-5-JNC**

        Debtor.

<u>**AMENDMENT TO SCHEDULE A/B, SCHEDULE D,**</u>
<u>**SCHEDULE E/F, AND SUMMARY OF SCHEDULES**</u>

NOW COMES Piedmont Dragway of NC LLC, Debtor in the above-referenced case, through undersigned counsel, and hereby amends the schedules as follows:

1.      Schedule A/B, question number 2, is amended to add total cash on hand in the amount of $530.00.

2.      Schedule D is amended to add the Guilford County Attorney for notice purposes.

3.      Schedule D is amended to add the US Attorney General -DOJ for notice purposes.

4.      Schedule E/F number 2.1 is amended to add the claim of Internal Revenue Service for unpaid payroll taxes in the amount of $14,775.98.

5.      Schedule E/F number 2.2 is amended to add a claim of the NC Department of Revenue for unpaid Sales Tax for sales from 2022 through February 14, 2022. The amount of the claim is $6,618.19.

6.      Schedule E/F number 2.3 is amended to add a claim of the NC Department of Revenue for unpaid unemployment and income taxes in the amount of $7,501.58.

7.      Schedule E/F is amended to add the NC Attorney General for notice purposes.

8.      Schedule E/F number 3.1 is amended to add All About Awards & Recognition. All About Awards & Recognition has an unsecured claim in the amount of $3,106.43.

9.      Schedule E/F is amended to add Walter K. Burton, PLLC Attorney & Counselor at Law for notice purposes.

10.    Schedule E/F number 3.9 is amended to add Mt. Hope Fire Department. Mt. Hope Fire Department has an unsecured claim in the amount of $1,125.00.

This the 26th day of April, 2023.

**STEVENS MARTIN VAUGHN & TADYCH, PLLC**

<u>s/Kathleen O'Malley</u>
Kathleen O'Malley
State Bar No. 51654
6300 Creedmoor Rd., Suite 170-370
Raleigh, NC 27612
Tel.: (919) 582-2300
Email: komalley@smvt.com

Fill in this information to identify the case:

Debtor name _____ Piedmont Dragway of NC LLC _____

United States Bankruptcy Court for the:
_____ Eastern District of North Carolina _____

Case number (if known): _____23-00422-5-JNC_____   Chapter ___11___

☑ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*.................................................................................................. | $1,727,500.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................... | $19,620.67

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................. | $1,747,120.67

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $965,942.10

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................... | $28,895.75

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................... | + $46,093.32

4. **Total liabilities**................................................................................................................. | $1,040,931.17
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name      Piedmont Dragway of NC LLC

United States Bankruptcy Court for the:

Eastern District of North Carolina

Case number (if known):    23-00422-5-JNC

☑ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1.**   **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2.**   **Cash on hand**                                               $530.00

**3.**   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1   American National Bank & Trust | Checking account | 0601 | $7,211.51 |
| 3.2   Pinnacle Bank | Checking account | 4370 | $179.16 |

**4.**   **Other cash equivalents** *(Identify all)*

**None**

**5.**   **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$7,920.67

### Part 2:   Deposits and prepayments

**6.**   **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of debtor's interest

**7.**   **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**None**

| Debtor | **Piedmont Dragway of NC LLC** | Case number *(if known)* | **23-00422-5-JNC** |
|---|---|---|---|
| | Name | | |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

**9.** **Total of Part 2**

Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                                                     **$0.00**

---

### Part 3: Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**11.** **Accounts Receivable**

11a. 90 days old or less: _____ - _____ = ...... → _____
                          face amount     doubtful or uncollectible accounts

11b. Over 90 days old: _____ - _____ = ...... → _____
                        face amount     doubtful or uncollectible accounts

**12.** **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                                                     **$0.00**

---

### Part 4: Investments

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock:                     % of ownership:

**None**

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| Debtor | **Piedmont Dragway of NC LLC** | Case number *(if known)* | **23-00422-5-JNC** |
|---|---|---|---|
| | Name | | |

**None**

**17. Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                                                                                                                $0.00

---

**Part 5:** Inventory, excluding agriculture assets

---

**18. Does the debtor own any inventory (excluding agriculture assets)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**

   **None**

**20. Work in progress**

   **None**

**21. Finished goods, including goods held for resale**

   **None**

**22. Other inventory or supplies**

   **None**

**23. Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                                                                                                                $0.00

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

---

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

Debtor   __Piedmont Dragway of NC LLC_____   Case number *(if known)*   __23-00422-5-JNC__
     Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops — either planted or harvested**

    **None**

29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish

    **None**

30. **Farm machinery and equipment** (Other than titled motor vehicles)

    **None**

31. **Farm and fishing supplies, chemicals, and feed**

    **None**

32. **Other farming and fishing-related property not already listed in Part 6**

    **None**

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.                                       $0.00

34. **Is the debtor a member of an agricultural cooperative?**
  ☑ No
  ☐ Yes. Is any of the debtor's property stored at the cooperative?
      ☐ No
      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
  ☑ No
  ☐ Yes

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
  ☑ No
  ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
  ☑ No
  ☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
  ☐ No. Go to Part 8.
  ☑ Yes. Fill in the information below.

Debtor   **Piedmont Dragway of NC LLC**
Name                                                          Case number *(if known)*   **23-00422-5-JNC**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 Office Furniture | $3,700.00 | | $3,700.00 |
| **40. Office fixtures** | | | |
| **None** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **None** | | | |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **None** | | | |
| **43. Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | $3,700.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:** Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **None** | | | |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Debtor   **Piedmont Dragway of NC LLC**_____   Case number *(if known)*   **23-00422-5-JNC**
　　　　　Name

None

49. **Aircraft and accessories**

None

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

　50.1 **Massey Ferguson 275 Tractor; VIN: 9A 257919**_____   **(Unknown)**_____   **$2,500.00**

　**Additional Page Total** - *See continuation page for additional entries*   **$5,500.00**

51. **Total of Part 8**
　Add lines 47 through 50. Copy the total to line 87.   **$8,000.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
　☑No
　☐Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
　☑No
　☐Yes

| Part 9: | Real Property |
| --- | --- |

54. **Does the debtor own or lease any real property?**
　☐No. Go to Part 10.
　☑Yes. Fill in the information below.

| General description | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | | | | |

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

| | | | | |
| --- | --- | --- | --- | --- |
| 55.1 **6750 ZZ Holts Store Rd - Titled in the name of WFO Racing, LLC - which merged with the Debtor on 1/12/2023** 6750 ZZ Holts Store Rd Julian, NC 27283-9185 | Fee Simple | (Unknown) | Tax Value | $84,200.00 |
| 55.2 **6750 Holts Store Rd - Titled in the name of WFO Racing, LLC which merged with the Debtor on 1/12/2023** 6750 Holts Store Rd Julian, NC 27283 | Fee Simple | (Unknown) | Tax Value | $1,105,500.00 |
| 55.3 **6738 Holts Store Rd. - Titled in the name of WFO Racing, LLC which merged with the Debtor on 1/12/2023** 6738 Holts Store Rd. Julian, NC 27283 | Fee Simple | (Unknown) | Tax Value | $237,800.00 |

| Debtor | **Piedmont Dragway of NC LLC** | Case number *(if known)* | **23-00422-5-JNC** |
|---|---|---|---|
| | Name | | |

|  | | | | | |
|---|---|---|---|---|---|
| 55.4 | **6732 Holts Store Rd. - Titled in the name of WFO Racing, LLC which merged with the Debtor on 1/12/2023**<br>6732 Holts Store Rd. Julian, NC 27283 | Fee Simple | (Unknown) | Tax Value | $300,000.00 |

**56. Total of Part 9**

Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88. — **$1,727,500.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☑ Yes

---

### Part 10:  Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| None | | | |
| **61. Internet domain names and websites** | | | |
| 61.1 **www.piedmontdragway.com** | (Unknown) | | (Unknown) |
| **62. Licenses, franchises, and royalties** | | | |
| None | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| None | | | |
| **64. Other intangibles, or intellectual property** | | | |
| None | | | |
| **65. Goodwill** | | | |
| None | | | |

**66. Total of Part 10**

Add lines 60 through 65. Copy the total to line 89. — **$0.00**

Debtor    __Piedmont Dragway of NC LLC_____    Case number *(if known)*    ___23-00422-5-JNC___
            Name

---

67. **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    ☑ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)

    **None**

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    **None**

73. **Interests in insurance policies or annuities**

    **None**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **None**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    **None**

76. **Trusts, equitable or future interests in property**

    **None**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    **None**

---

| Debtor | **Piedmont Dragway of NC LLC** | Case number *(if known)* | **23-00422-5-JNC** |
|---|---|---|---|
| | Name | | |

---

**78.  Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.                                            **$0.00**

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor   **Piedmont Dragway of NC LLC**     Case number *(if known)*     **23-00422-5-JNC**
Name

## Part 12:   Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $7,920.67 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $3,700.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $8,000.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.* .......................................................... | → | $1,727,500.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $19,620.67 | + 91b. $1,727,500.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ........................................................ | | $1,747,120.67 |

| Debtor | **Piedmont Dragway of NC LLC** | Case number *(if known)* | **23-00422-5-JNC** |
|---|---|---|---|
| | Name | | |

## ▮ Additional Page

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **50.** | **Other machinery, fixtures, and equipment - *Continued*** | | | |
| 50.2 | **Massey Ferguson 265 Tractor; VIN#9A 278687** | **(Unknown)** | | **$2,500.00** |
| 50.3 | **Kubota L4200 Tractor** | **(Unknown)** | | **$3,000.00** |

| General description<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest - *Continued*** | | | |
| **6732 Holts Store Rd. - Titled in the name of WFO Racing, LLC which merged with the Debtor on 1/12/2023** | | | | |
| 55.4 **6732 Holts Store Rd. Julian, NC 27283** | **Fee Simple** | **(Unknown)** | **Tax Value** | **$300,000.00** |

Fill in this information to identify the case:

Debtor name ___Piedmont Dragway of NC LLC___

United States Bankruptcy Court for the: ___Eastern___ District of ___North Carolina___
(State)

Case number (if known): ___23-00422-5-JNC___

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**  **Creditor's name**
___Bank of North Carolina___

**Describe debtor's property that is subject to a lien**

Amount of claim: unknown
Value of collateral: unknown

**Creditor's mailing address**
___Attn: Managing Agent___
___3239 S. Church St.___
___Burlington, NC 27215___

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**
_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                     $965,942.10

| Debtor | Piedmont Dragway of NC LLC | Case number (if known) | 23-00422-5-JNC |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | | |

**2.2**

**Creditor's name**
CT Corporation System, as Rep

**Creditor's mailing address**
Attn: SPRS/MangingAgent

330 N. Brand Blvd Ste 700

Glendale, CA 91203

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**
Accounts receivable

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

unknown                  unknown

| Debtor | Piedmont Dragway of NC LLC | Case number (if known) | 23-00422-5-JNC |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.3** **Creditor's name**

Guilford County Tax Office

**Creditor's mailing address**

Attn: Managing Agent

400 W. Market St

Greensboro, NC 27402

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**     __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

     **1) Guilford County Tax Office**; 2) Pinnacle Bank; 3) Pinnacle Bank; 4) Pinnacle Bank; 5) Pinnacle Bank

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

6750 ZZ Holts Store Rd - Titled in the name of WFO Racing, LLC - which merged with the Debtor on 1/12/2023

**Describe the lien**

Property Taxes

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$682.44 | Unknown

| Debtor | Piedmont Dragway of NC LLC | Case number (if known) | 23-00422-5-JNC |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

---

**2.4 Creditor's name**

Guilford County Tax Office

**Describe debtor's property that is subject to a lien**

6750 Holts Store Rd - Titled in the name of WFO Racing, LLC which merged with the Debtor on 1/12/2023

$8,960.08    Unknown

**Creditor's mailing address**

Attn: Managing Agent

400 W. Market St

Greensboro, NC 27402

**Describe the lien**

Property Taxes

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    _____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

   **1) Guilford County Tax Office**; 2) Pinnacle Bank; 3) Pinnacle Bank; 4) Pinnacle Bank; 5) Pinnacle Bank

   ☐ Yes. The relative priority of creditors is specified on lines _____

---

| Debtor | Piedmont Dragway of NC LLC | Case number (if known) | 23-00422-5-JNC |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.5** **Creditor's name**

Guilford County Tax Office

**Describe debtor's property that is subject to a lien**

6738 Holts Store Rd. - Titled in the name of WFO Racing, LLC which merged with the Debtor on 1/12/2023

$1,927.37 | Unknown

**Creditor's mailing address**

Attn: Managing Agent

400 W. Market St

Greensboro, NC 27402

**Describe the lien**

Property Taxes

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

  **1) Guilford County Tax Office**; 2) Pinnacle Bank; 3) Pinnacle Bank; 4) Pinnacle Bank; 5) Pinnacle Bank

  ☐ Yes. The relative priority of creditors is specified on lines _____

| Debtor | Piedmont Dragway of NC LLC | Case number (if known) | 23-00422-5-JNC |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.6**

**Creditor's name**

Guilford County Tax Office

**Describe debtor's property that is subject to a lien**

6732 Holts Store Rd. - Titled in the name of WFO Racing, LLC which merged with the Debtor on 1/12/2023

$2,431.50     Unknown

**Creditor's mailing address**

Attn: Managing Agent

400 W. Market St

Greensboro, NC 27402

**Describe the lien**

Property Taxes

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    **1) Guilford County Tax Office**; 2) Pinnacle Bank; 3) Pinnacle Bank; 4) Pinnacle Bank; 5) Pinnacle Bank

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Piedmont Dragway of NC LLC | Case number (if known) | 23-00422-5-JNC |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.7**

**Creditor's name**

Internal Revenue Service

**Describe debtor's property that is subject to a lien**

$7,813.31          unknown

**Creditor's mailing address**

Attn: Managing Agent

PO Box Box 7346

Philadelphia, PA 19101-7346

**Describe the lien**

Federal Tax Liens - 2021 & 2022

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

| Debtor | Piedmont Dragway of NC LLC | Case number (if known) | 23-00422-5-JNC |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.8** Creditor's name

Pinnacle Bank

**Describe debtor's property that is subject to a lien**

6750 Holts Store Rd - Titled in the name of WFO Racing, LLC which merged with the Debtor on 1/12/2023, 6750 ZZ Holts Store Rd - Titled in the name of WFO Racing, LLC - which merged with the Debtor on 1/12/2023, 6738 Holts Store Rd. - Titled in the name of WFO Racing, LLC which merged with the Debtor on 1/12/2023, 6732 Holts Store Rd. - Titled in the name of WFO Racing, LLC which merged with the Debtor on 1/12/2023

$365,519.87        Unknown

**Creditor's mailing address**

Attn: Managing Agent

150 3rd Avenue South

Nashville, TN 37201

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**     5 0 7 6

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines
   2.3, 2.4, 2.5, 2.6

**Describe the lien**

Lien on all real & personal property

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    Piedmont Dragway of NC LLC
       Name

Case number (if known)    23-00422-5-JNC

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.9  Creditor's name**

Pinnacle Bank

**Creditor's mailing address**

Attn: Managing Agent

150 3rd Ave South

Nashville, TN 37201

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**    2  0  4  2

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

    ☑ Yes. The relative priority of creditors is specified on lines 2.3, 2.4, 2.5, 2.6

**Describe debtor's property that is subject to a lien**

6750 ZZ Holts Store Rd - Titled in the name of WFO Racing, LLC - which merged with the Debtor on 1/12/2023, 6750 Holts Store Rd - Titled in the name of WFO Racing, LLC which merged with the Debtor on 1/12/2023, 6738 Holts Store Rd. - Titled in the name of WFO Racing, LLC which merged with the Debtor on 1/12/2023, 6732 Holts Store Rd. - Titled in the name of WFO Racing, LLC which merged with the Debtor on 1/12/2023

**Describe the lien**

Lien on all real & personal property

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| $354,920.66 | Unknown |

| Debtor | Piedmont Dragway of NC LLC | Case number (if known) | 23-00422-5-JNC |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

**2.10 Creditor's name**

Pinnacle Bank

**Creditor's mailing address**

Attn: Managing Agent

150 3rd Ave South

Nashville, TN 37201

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  7 9 2 7

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
      _____
   ☑ Yes. The relative priority of creditors is specified on lines 2.3, 2.4, 2.5, 2.6

**Describe debtor's property that is subject to a lien**

6750 ZZ Holts Store Rd - Titled in the name of WFO Racing, LLC - which merged with the Debtor on 1/12/2023, 6750 Holts Store Rd - Titled in the name of WFO Racing, LLC which merged with the Debtor on 1/12/2023, 6738 Holts Store Rd. - Titled in the name of WFO Racing, LLC which merged with the Debtor on 1/12/2023, 6732 Holts Store Rd. - Titled in the name of WFO Racing, LLC which merged with the Debtor on 1/12/2023

**Describe the lien**

Lien on all real & personal property

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $132,058.35
Column B: Unknown

| Debtor | Piedmont Dragway of NC LLC | Case number (if known) | 23-00422-5-JNC |
|--------|-----------------------------|------------------------|----------------|
|        | Name |  |  |

## Part 1: Additional Page

| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.11** **Creditor's name**

Pinnacle Bank

**Creditor's mailing address**

Attn: Managing Agent

150 3rd Ave South

Nashville, TN 37201

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  0  3  6  2

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines 2.3, 2.4, 2.5, 2.6

**Describe debtor's property that is subject to a lien**

6750 ZZ Holts Store Rd - Titled in the name of WFO Racing, LLC - which merged with the Debtor on 1/12/2023, 6750 Holts Store Rd - Titled in the name of WFO Racing, LLC which merged with the Debtor on 1/12/2023, 6738 Holts Store Rd. - Titled in the name of WFO Racing, LLC which merged with the Debtor on 1/12/2023, 6732 Holts Store Rd. - Titled in the name of WFO Racing, LLC which merged with the Debtor on 1/12/2023

**Describe the lien**

Lien on all real & personal property

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $91,628.52

Column B: Unknown

| Debtor | Piedmont Dragway of NC LLC | Case number (if known) | 23-00422-5-JNC |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.12 Creditor's name**

US Small Business Administration

Amount of claim: unknown

Value of collateral: unknown

**Creditor's mailing address**

Attn: Managing Agent

2 North Street Ste. 320

Birmingham, AL 35203

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

Lien on all personal property

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | Piedmont Dragway of NC LLC | Case number (if known) | 23-00422-5-JNC |
|---|---|---|---|
| | Name | | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Nexsen Pruet, LLC<br>Attn: Ann M. Cantrell<br>701 Green Valley Rd. Ste. 100<br>Greensboro, NC 27408 | Line 2. _1_ | __ __ __ __ |
| Lien Solutions<br>Attn: Managing Agent<br>PO Box 29071<br>Glendale, CA 91209-9071 | Line 2. _2_ | __ __ __ __ |
| Guilford County Attorney<br>Attn: Managing Agent<br>301 West Market Street Suite 301<br>Greensboro, NC 27401 | Line 2. _3_ | __ __ __ __ |
| Guilford County Attorney<br>Attn: Managing Agent<br>301 West Market Street Suite 301<br>Greensboro, NC 27401 | Line 2. _4_ | __ __ __ __ |
| Guilford County Attorney<br>Attn: Managing Agent<br>301 West Market Street Suite 301<br>Greensboro, NC 27401 | Line 2. _5_ | __ __ __ __ |
| Guilford County Attorney<br>Attn: Managing Agent<br>301 West Market Street Suite 301<br>Greensboro, NC 27401 | Line 2. _6_ | __ __ __ __ |
| Womble Bond Dickinson (US) LLP<br>Attn: Charlie Livermon<br>555 Fayetteville St. Ste. 1100<br>Raleigh, NC 27601 | Line 2. _8_ | __ __ __ __ |

Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor ___Piedmont Dragway of NC LLC_____   Case number (if known) _23-00422-5-JNC_____
           Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Womble Bond Dickinson (US) LLP<br>Attn: Charlie Livermon<br>555 Fayetteville St. Ste. 1100<br>Raleigh, NC 27601 | Line 2. _9_ | __ __ __ __ |
| Womble Bond Dickinson (US) LLP<br>Attn: Charlie Livermon<br>555 Fayetteville St. Ste. 1100<br>Raleigh, NC 27601 | Line 2. _10_ | __ __ __ __ |
| Womble Bond Dickinson (US) LLP<br>Attn: Charlie Livermon<br>555 Fayetteville St. Ste. 1100<br>Raleigh, NC 27601 | Line 2. _11_ | __ __ __ __ |
| US Attorney's Office (ED)<br>Attn: Managing Agent<br>150 Fayetteville St. Ste. 2100<br>Raleigh, NC 27601 | Line 2. _12_ | __ __ __ __ |
| Corporate Service Company<br>Attn: Managing Agent<br>801 Adlai Stevenson Dr.<br>Springfield, IL 62703 | Line 2. _12_ | __ __ __ __ |
| US Attorney General - US DOJ<br>Attn: Managing Agent<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530 | Line 2. _12_ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name _____ Piedmont Dragway of NC LLC _____

United States Bankruptcy Court for the:

_____ Eastern District of North Carolina _____

Case number (if known): _____ 23-00422-5-JNC _____

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>Internal Revenue Service<br><br>Attn: Managing Agent<br><br>PO Box Box 7346<br><br>Philadelphia, PA 19101-7346<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number __ __ __ __<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the Claim:**<br>Unpaid Payroll Taxes<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $14,775.98 | $14,775.98 |
| **2.2** Priority creditor's name and mailing address<br><br>NC Dept. of Revenue<br><br>Attn: Managing Agent<br><br>PO Box 1168<br><br>Raleigh, NC 27602-1168<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number __ __ __ __<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the Claim:**<br>Sales Tax for 2022-2/14/2022<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $6,618.19 | $6,618.19 |

| Debtor | **Piedmont Dragway of NC LLC** | Case number *(if known)* | **23-00422-5-JNC** |
|---|---|---|---|
| | Name | | |

---

**Part 1:**  Additional Page

**2.3** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,501.58 | $7,501.58 |

NC Dept. of Revenue

Attn: Managing Agent

PO Box 1168

Raleigh, NC 27602-1168

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
 Unemployment & Income Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Piedmont Dragway of NC LLC** | Case number *(if known)* | **23-00422-5-JNC** |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
**All About Awards & Recognition**

Attn: Managing Agent

2178 Lawndale Dr.

Greensboro, NC 27408

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$3,106.43**

---

**3.2** Nonpriority creditor's name and mailing address
**Alsco**

Attn: Managing Agent

505 E. 200 South

Durham, NC 84102-1004

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,269.03**

---

**3.3** Nonpriority creditor's name and mailing address
**Amguard Insurance Company**

Attn: Managing Agent

44 R West Market Street

Mountain Top, PA 18707

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: For Notice Purposes

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.4** Nonpriority creditor's name and mailing address
**Berkshire Hathaway**

Attn: Managing Agent

1314 Douglas Street Ste.

Omaha, NE 68102

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$20,684.00**

| Debtor | **Piedmont Dragway of NC LLC** | | Case number *(if known)* | **23-00422-5-JNC** |
|---|---|---|---|---|
| | Name | | | |

---

| Part 2: | Additional Page |
|---|---|

**3.5** Nonpriority creditor's name and mailing address

BMI

Attn: Managing Agent

118 SW Hwy 60

Billings, MO 65610

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,191.36

---

**3.6** Nonpriority creditor's name and mailing address

Compulink

Attn: Managing Agent

PO Box 437

Silverthorne, CO 80498

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$830.82

---

**3.7** Nonpriority creditor's name and mailing address

Domain Networks

Attn: Managing Agent

PO Box 1280

Hendersonville, NC 28793

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$289.00

---

**3.8** Nonpriority creditor's name and mailing address

Jim Turner

c/o Isaacson Sheridan

804 Green Valley Rd. Ste. 200

Greensboro, NC 27408

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

| Debtor | **Piedmont Dragway of NC LLC** | Case number *(if known)* | **23-00422-5-JNC** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.9** Nonpriority creditor's name and mailing address

Mt. Hope Fire Department

Attn: Managing Agent

6651 Holts Store Rd.

Julian, NC 27283

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,125.00

---

**3.10** Nonpriority creditor's name and mailing address

PTAR

Attn: Managing Agent

PO Box 534

High Point, NC 27261

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,600.00

---

**3.11** Nonpriority creditor's name and mailing address

Republic Services

Attn: Managing Agent

2875 Lowery St.

Winston Salem, NC 27101

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,086.07

---

**3.12** Nonpriority creditor's name and mailing address

Safehold Special Risk

Attn: Managing Agent

100 Glen Eagles Court

Carrollton, GA 30117

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,775.00

---

| Debtor | **Piedmont Dragway of NC LLC** | | Case number *(if known)* | **23-00422-5-JNC** |
|---|---|---|---|---|
| | Name | | | |

---

### Part 2: Additional Page

**3.13** | Nonpriority creditor's name and mailing address

Sherwin-Williams

Attn: Managing Agent

3246 S. Church St.

Burlington, NC 27215

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**  $1,185.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address

SYSCO-330

Attn: Managing Agent

PO Box 96

Concord, NC 28027

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**  $950.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Piedmont Dragway of NC LLC** | Case number *(if known)* | **23-00422-5-JNC** |
|---|---|---|---|
| | Name | | |

**Part 3:**  List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Isaacson Sheridan**<br>**Attn: Jennifer N. Fountain**<br>**804 Green Valley Rd. Ste. 200**<br>**Greensboro, NC 27408** | Line **3.8**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2 **NC Attorney General**<br>**Attn: Managing Agent**<br>**9001 Mail Service Center**<br>**Raleigh, NC 27699-9001** | Line **2.2**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3 **NC Attorney General**<br>**Attn: Managing Agent**<br>**9001 Mail Service Center**<br>**Raleigh, NC 27699-9001** | Line **2.3**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4 **Walter K. Burton, PLLC Attorney & Counselor at Law**<br>**Attn: Walter K. Burton**<br>**PO Box 609**<br>**Oak Ridge, NC 27310** | Line **3.1**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

| Debtor | **Piedmont Dragway of NC LLC** | Case number *(if known)* | **23-00422-5-JNC** |
|---|---|---|---|
| | Name | | |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$28,895.75** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$46,093.32** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$74,989.07** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION**

IN RE:                                                                    CHAPTER 11

**Piedmont Dragway of NC LLC,**                    **CASE NO. 23-00422-5-JNC**

Debtor.

## <u>VERIFICATION OF AMENDMENT</u>

I declare under penalty of perjury that the documents referenced below to be filed in this case are true and correct to the best of my knowledge, information, and belief.

Title of Document: <u>Amendment to Schedule A/B, Schedule D & E/F and Summary of Schedules</u>

Date Filed: <u>4/26/2023</u>

<u>s/Ron Senecal_____</u>                    <u>4/26/2023</u>
Ron Senecal, Member Manager                          Date

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing **AMENDMENT TO SCHEDULE A/B, SCHEDULE D, SCHEDULE E/F, AND SUMMARY OF SCHEDULES and VERIFICATION OF AMENDMENT** has been served upon each of the parties listed below by placing a copy of the same in the United States mail, postage pre-paid, or via CM/ECF as indicated. A copy of the **NOTICE OF CHAPTER 11 BANKRUPTCY** was also served on any parties added to the matrix as indicated below.

| | |
|---|---|
| Kirstin E. Gardner (Via CM/ECF)<br>Bankruptcy Administrator's Office<br>434 Fayetteville Street, Suite 640<br>Raleigh, NC 27601 | Ciara L. Rogers, Trustee (Via CM/ECF)<br>Waldrep Wall Babcock & Bailey PLLC<br>3600 Glenwood Avenue, Suite 210<br>Raleigh, NC 27612<br>*Subchapter V Trustee* |
| Piedmont Dragway of NC LLC (Via CM/ECF)<br>ATTN: Ronald Senecal, Jr.<br>4435 Fer Glen Dr., Suite B<br>Burlington, NC 27215 | Internal Revenue Service<br>Attn: Managing Agent<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| US Attorney's Office (ED)<br>Attn: Managing Agent<br>150 Fayetteville St., Ste. 2100<br>Raleigh, NC 27601 | US Attorney General-US DOJ<br>Attn: Managing Agent<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530 |
| Mt. Hope Fire Department<br>Attn: Managing Agent<br>6651 Holts Store Rd.<br>Julian, NC 27283 | Guilford County Attorney<br>Attn: Managing Agent<br>301 West Market Street, Suite 301<br>Greensboro, NC 27401 |
| NC Dept. of Revenue<br>Attn: Managing Agent<br>PO Box 1168<br>Raleigh, NC 27602-1168 | NC Attorney General<br>Attn: Managing Agent<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 |
| All About Awards & Recognition<br>Attn: Managing Agent<br>2178 Lawndale Dr.<br>Greensboro, NC 27408 | Walter K. Burton, PLLC Attorney &<br>Counselor at Law<br>Attn: Walter K. Burton<br>PO Box 609<br>Oak Ridge, NC 27310 |

This the 26th day of April, 2023.

**STEVENS MARTIN VAUGHN & TADYCH, PLLC**

s/Kathleen O'Malley
Kathleen O'Malley
State Bar No. 51654
6300 Creedmoor Rd., Suite 170-370
Raleigh, NC 27612
Tel.: (919) 582-2300
Email: komalley@smvt.com